IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>EL CAMINO PAVING INC.,<br><br>    Defendant._____ / | No. C 05-01467 CW<br><br>ORDER |

   Default having been entered by the Clerk on June 7, 2005,

   IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

   IT IS FURTHER ORDERED that the Case Management Conference previously set for August 12, 2005, is VACATED.


Dated: 6/13/05                        /s/ CLAUDIA WILKEN
                                     _____
                                     CLAUDIA WILKEN
                                     United States District Judge


cc: Wings