United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST, | No. C 05-1467 CW (MEJ) |
| Plaintiff(s), | **NOTICE OF REFERENCE** |
| vs. | |
| EL CAMINO PAVING, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare findings and recommendation on Plaintiff's motion for default judgment. Accordingly, the Court shall conduct a hearing on September 15, 2005 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendant shall file any opposition to Plaintiff's motion by August 25, 2005 and Plaintiff shall file any reply by September 1, 2005. If Defendant does not file an opposition, Plaintiff shall file detailed proposed findings of fact and conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed

electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.  **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Plaintiff shall serve this order upon all other parties in this action.  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: July 26, 2005

MARIA-ELENA JAMES
United States Magistrate Judge